UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Howard-v-Cty of Chgo, et. al.

03-cv-8481

ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

The above captioned case is hereby referred to the calendar of Magistrate Judge Ian H. Levin pursuant to Local Rule 72.1.

This case is referred for the purpose of holding proceedings related to discovery supervision and discovery motions.

Dated: April 8, 2004

Judge Wayne R. Andersen

Entered on Docket: 04/08/04        Document Number:    31