Case 1:03-cv-08481   Document 334-1   Filed 04/01/08   Page 1 of 2
Case 1:03-cv-08481   Document 322     Filed 01/24/2008  Page 1 of 2
Case 1:03-cv-08481   Document 319     Filed 01/17/2008  Page 3 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY HOWARD, | ) |
| Plaintiff, | ) Case No: 03 C 8481 |
| v. | ) Judge Wayne R. Andersen |
| CITY OF CHICAGO, et al., | ) |
| Defendants. | ) |

## FINAL AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation to Dismiss, certain parties having reached an agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff Stanley Howard (by his attorneys, Loevy & Loevy), Defendant City of Chicago (by its attorneys, Mara S. Georges, Corporation Counsel of the City of Chicago and Terrence M. Burns of Dykema Gossett), and Individual Defendants Leroy Martin and Gayle Shines (by their attorney, Eileen Letts of Greene & Letts), Thomas Needham and Terry Hillard (by their attorney, Terrence M. Burns of Dykema Gossett), and Jon Burge, James Lotito, Daniel McWeeny, John Paladino, John Byrne, Robert Dwyer, Frank Glynn, and Ronald Boffo (by their attorney, Richard T. Sikes of Freeborn & Peters), with plaintiff and Defendant City having entered into a Release and Settlement Agreement, and the parties having reached an agreed Stipulation to Dismiss, and the Chicago City Council having authorized the settlement agreement and payment of the funds reflected in the Release and Settlement Agreement:

The Court, being advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff Stanley Howard against Defendant City of Chicago and Individual Defendants Leroy Martin, Gayle Shines, Thomas Needham, Terry Hillard, Jon Burge, James Lotito, Daniel McWeeny, John Paladino, John Byrne, Robert Dwyer, Frank Glynn, and Ronald Boffo, are dismissed with prejudice, in termination of the right to reinstate specified in

EXHIBIT A

Case 1:03-cv-08481   Document 334-1   Filed 04/01/08   Page 2 of 2
Case 1:03-cv-08481   Document 322   Filed 01/24/2008   Page 2 of 2
Case 1:03-cv-08481   Document 319   Filed 01/17/2008   Page 4 of 5

Paragraph 3 of the Release and Settlement Agreement, and with plaintiff's costs and attorneys' fees to be allocated in accordance with the terms of the Release and Settlement Agreement.

The Court expressly finds the settlement reflected in the Release and Settlement Agreement was made and entered into in good faith. To the extent applicable, Defendants City of Chicago, Leroy Martin, Gayle Shines, Thomas Needham, Terry Hillard, Jon Burge, James Lotito, Daniel McWeeny, John Paladino, John Byrne, Robert Dwyer, Frank Glynn, and Ronald Boffo are discharged from any and all liability for contribution to any other tortfeasor, pursuant to the Illinois Contribution Act (740 ILCS 100/0.01 *et seq.*). This action remains pending against defendants Richard Devine, Lawrence Lykowski, and Randolph Johnston.

The Court retains jurisdiction to enforce the settlement as reflected in the Release and Settlement Agreement.

ENTER: *[signature]*
District Court Judge
UNITED STATES DISTRICT COURT

DATE: January 24, 2008