**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Stanley Howard

                                  Plaintiff,

v.                                                                   Case No.: 1:03−cv−08481

                                                                               Hon. Wayne R. Andersen

Other Other Unknown Chicago Police Officers, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2008:

      MINUTE entry before Judge Honorable Wayne R. Andersen:Enter final order of dismissal. This order supersedes the prior dismissal orders entered by this court [321], [322], [326], [327]. Pursuant to this Order, the County Defendants' motion to alter or amend a judgment order [323], the City's motion to advance hearing [239], and plaintiff's motion to enforce settlement agreement [335] are withdrawn as moot.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.